**JUDGE ROBERT J. BRYAN**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| MARIA JIMINEZ, et al.,<br><br>                    Plaintiffs,<br>vs.<br><br>CITY OF OLYMPIA, et al.,<br><br>                    Defendants. | **NO.  3:09-cv-05363 RJB**<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE FOR DAMAGES DISCOVERY** |

## STIPULATION

The parties through their respective attorneys of record stipulate that the cut-off for damages discovery should be extended from July 6 to August 31, 2010.  The attorneys were able to arrange for filing of the dispositive motion on June 24, 2010, well ahead of the August 3 dispositive motion cut-off date.  This was accomplished partly by delaying damages discovery.  Extending the cut-off for damages discovery may also allow such discovery to be avoided.

June 30th, 2010
Date

/s/   *Donald L. Law*
Donald L. Law, WSBA# 6122
Attorney for Defendants

June 30th, 2010
Date

/s/   *Christopher Taylor*
Christopher Taylor, WSBA# 38413
Attorney for Plaintiffs

**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE FOR DAMAGES DISCOVERY - 1**

USDC Cause No.3:09-cv-05363 RJB

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD S.W., TUMWATER, WA 98512*
*P.O. BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

# ORDER

In accordance with the above stipulation, the cut-off date for damages discovery is hereby extended from July 6 to August 31, 2010.

DATED this 6th day of July, 2010.

*Robert J Bryan* (signature)
Robert J Bryan
United States District Judge

**Presented by:**

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.


 /s/   Donald L. Law
Donald L. Law, WSBA# 6122
Attorney for Defendants



**Approved for entry:**

EVERGREEN LAW GROUP


 /s/   Christopher Taylor
Christopher Taylor, WSBA# 38413
Attorney for Plaintiffs

---

**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE FOR DAMAGES DISCOVERY - 2**

USDC Cause No.3:09-cv-05363 RJB

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD S.W., TUMWATER, WA 98512
P.O. BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511