JUDGE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

MARIA JIMINEZ, et al.,

                Plaintiffs,

vs.

CITY OF OLYMPIA, et al.,

                Defendants.

NO. 3:09-cv-05363 RJB

**STIPULATION AND ORDER EXTENDING SUMMARY JUDGMENT REPLY DATE AND NOTE FOR CONSIDERATION**

Note for Consideration: July 16, 2010

## STIPULATION

The parties through their respective attorneys of record stipulate that Defendants' Motion for Summary Judgment shall be renoted for consideration on July 30, 2010 and defendants' reply papers on the motion shall be filed and served not later than July 28, 2010.

July 16th, 2010
Date

    /s/ Donald L. Law
Donald L. Law, WSBA# 6122
Attorney for Defendants

July 16th, 2010
Date

    /s/ Christopher Taylor
Christopher Taylor, WSBA# 38413
Attorney for Plaintiffs

STIPULATION AND ORDER EXTENDING SUMMARY JUDGMENT REPLY DATE AND NOTE FOR CONSIDERATION - 1

USDC Cause No.3:09-cv-05363 RJB

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD S.W., TUMWATER, WA 98512
P.O. BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

## ORDER

In accordance with the above stipulation, Defendants' Motion for Summary Judgment shall be renoted for consideration on July 30, 2010 and defendants' reply papers on the motion shall be filed and served not later than July 28, 2010.

_____
ROBERT J. BRYAN, Judge

**Presented by:**

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.


_/s/  Donald L. Law_____
Donald L. Law, WSBA# 6122
Attorney for Defendants


**Approved for entry:**

EVERGREEN LAW GROUP


_/s/  Christopher Taylor_____
Christopher Taylor, WSBA# 38413
Attorney for Plaintiffs

STIPULATION AND ORDER EXTENDING
SUMMARY JUDGMENT REPLY DATE AND
NOTE FOR CONSIDERATION - 2

USDC Cause No.3:09-cv-05363 RJB

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD S.W., TUMWATER, WA 98512*
*P.O. BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*